IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Carr, Latrice A | Case Number: 06 B 03165 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 3/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: June 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,316.44 |  |
| Secured: |  | 4,548.08 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,429.19 |
| Trustee Fee: |  | 339.17 |
| Other Funds: |  | 0.00 |
| Totals: | 6,316.44 | 6,316.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,462.00 | 1,429.19 |
| 2. | Nationwide Acceptance Corp | Secured | 6,571.99 | 4,120.24 |
| 3. | Balaban Furniture Ltd | Secured | 550.00 | 427.84 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 945.38 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 388.40 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 143.42 | 0.00 |
| 7. | T Mobile USA | Unsecured | 384.40 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 57.00 | 0.00 |
| 9. | Advantage Auto Club Inc | Unsecured | 96.14 | 0.00 |
| 10. | Nationwide Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 224.84 | 0.00 |
| 12. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 13. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 14. | Emergency Room Care Providers | Unsecured |  | No Claim Filed |
| 15. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 16. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 17. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 18. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 20. | SBC | Unsecured |  | No Claim Filed |
| 21. | University of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,823.57 | $ 5,977.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carr, Latrice A | Case Number: 06 B 03165 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 3/28/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 2.67 |
| 5% | 64.98 |
| 4.8% | 69.18 |
| 5.4% | 132.13 |
| 6.5% | 69.45 |
| 6.6% | 0.76 |
| | $ 339.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

